UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIT SUNIT,<br><br>Petitioner,<br><br>v.<br><br>GREGOR ARCHAMBEAULT, et al.,<br><br>Respondents. | Case No.:  3:26-cv-1255-CAB-DEB<br><br>**ORDERING SUR-REPLY** |

Petitioner Sunit Sunit ("Petitioner") states in his reply that he is entitled to release from custody because Respondents violated his constitutional rights by not providing him notice or an individualized hearing before re-detaining him.  [Doc. No. 9 at 4.]  He argues this constitutional violation cannot be remedied by a post-deprivation hearing, [*Id.*], which Respondents concede Petitioner is entitled to.  [Doc. No. 8.]

The Court **ORDERS** Respondents to file a sur-reply by March 27, 2026, addressing Petitioner's aforementioned argument.

It is **SO ORDERED**.

Dated:  March 24, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1

3:26-cv-1255-CAB-DEB